JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY M. P., | Case No. 2:24-cv-03377-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the Commissioner's decision is affirmed.

DATED: October 15, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge

1